UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | **CRIMINAL NO. 25-105** |
| **v.** | * | **SECTION: "I"** |
| **SOLVIN ARRIALO-ROMERO**<br>a/k/a "Solvin Regina Arriola-Romero"<br>a/k/a "Solvin Romero" | * | |
| | * * * | |

## GOVERNMENT'S MOTION TO DISMISS INDICTMENT

**NOW INTO COURT** comes the United States of America, appearing herein by and through the undersigned Assistant United States Attorney, who respectfully moves this Court for leave to dismiss the Indictment against defendant, Solvin Arrialo-Romero, a/k/a "Solvin Regina Arriola Romero," a/k/a "Solvin Romero," without prejudice pursuant to Fed. R. Crim. P. 48(a).

After the indictment was returned, the defendant was granted a bond by a U.S. Magistrate Judge in the Eastern District of Louisiana. (Rec. Doc. 15). Deportation officers detained Solvin Arrialo-Romero when she was released from the United States Marshal Service. Per new requirements from the U.S. Immigration and Customs Enforcement, since Solvin Arrialo-Romero received a bond, the defendant was sent back to ICE detention and will be removed from the United States prior to the completion of this matter.

**WHEREFORE**, the government respectfully moves to dismiss without prejudice the Indictment pending against defendant Solvin Arrialo-Romero.

        Respectfully submitted,

        MICHAEL M. SIMPSON
        ACTING UNITED STATES ATTORNEY

        *s/ Carter K.D. Guice, Jr.*
        CARTER K.D. GUICE, JR.
        Assistant United States Attorney
        Louisiana Bar Roll Number 16771
        650 Poydras Street, Suite 1600
        New Orleans, Louisiana 70130
        Telephone: 504-680-3072
        Email: Carter.Guice@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on May 12, 2025, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to defense counsel of record.

        *s/ Carter K.D. Guice, Jr.*
        CARTER K.D. GUICE, JR.
        Assistant United States Attorney